IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACQUELINE ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. |
| FAMILY DOLLAR, INC., a foreign corporation, ) | |
| and APEX FD, LLC, a domestic corporation, ) | **Defendant Demands Trial By Jury** |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, FAMILY DOLLAR, INC., by and through its attorneys, HeplerBroom LLC, removes to this Court the above-entitled case from the Circuit Court of the 15th Judicial Circuit, Ogle County, Illinois. In support thereof, Defendant states as follows:

1. The removed case is a civil action filed on January 5, 2016, in the Circuit Court of the 15th Judicial Circuit, Ogle County, Illinois, bearing Cause No. 2016 L 1. Plaintiff was granted leave to file an Amended Complaint on January 29, 2016, pursuant to an Agreed Order executed by the parties. The Amended Complaint was filed *instanter*.

2. As required by 28 U.S.C. § 1446(a), attached are copies of the Complaint and Summons acknowledging service upon defendant, Family Dollar, Inc., on January 6, 2016, and Summons acknowledging service upon defendant, APEX FD, LLC. *See Exhibit A*, Plaintiff's Complaint at Law and Summonses; *Exhibit B*, Agreed Order entered January 29, 2016; *Exhibit C*, Plaintiff's Amended Complaint.

3. Venue of this removal action is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state court action was pending.

4. This Notice of Removal is filed by Defendant, Family Dollar, Inc., with this Court within 30 days of receipt by the Defendant of the initial pleading against the defendant as required by 28 U.S.C. § 1446(b).

5. Plaintiff, Jacqueline Anderson, is an individual citizen and resident of the State of Illinois.

6. Defendant, Family Dollar, Inc., is a corporation incorporated under the laws of North Carolina, and having its principal place of business in North Carolina.

7. Despite the Plaintiff's pleadings alleging Defendant APEX FD, LLC. is a "domestic" corporation, Defendant, APEX FD, LLC, is a foreign corporation incorporated under the laws of Nevada and having its principal place of business in California. *See Exhibit D, Stipulation.*

8. Pursuant to 28 U.S.C. § 1446(b)(2)(B), both Defendants, Family Dollar, Inc. and APEX FD LLC, have been properly served and consent to removal. *See Exhibits A & D.*

9. Counsel for Plaintiff and for Defendant, Family Dollar, Inc., discussed on January 28, 2016, that Plaintiff has alleged medical expenses in excess of $100,000. *See Exhibit E, Defendant counsel's correspondence.* Therefore, the amount in controversy is in excess of $75,000.00, exclusive of interest and costs.

10. Defendant, Family Dollar, Inc., removes this case pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 due to diversity of citizenship among the parties and sufficient amount in controversy.

11. Defendant will promptly serve written notice of the removal of this action upon all adverse parties and will file such notice with the Clerk of the Circuit Court of the 15th Judicial Circuit, Ogle County, Illinois, as required by 28 U.S.C. § 1446(d).

12. Defendant, Family Dollar, Inc., requests a trial by jury of all issues to be tried.

WHEREFORE, Defendant, Family Dollar, Inc., respectfully gives notice that the above-entitled cause is removed from the Circuit Court of the 15th Judicial Circuit, Ogle County, Illinois, to the United States District Court for the Northern District of Illinois.

Respectfully submitted,

HEPLERBROOM LLC
By: /s/ Edna L. McLain
Edna L. McLain    #6278008
elm@heplerbroom.com
30 N. LaSalle St.
Suite 2900
Chicago, Illinois 60602
Tele: 312-230-9100/Fax: 312-230-9201
*Attorney for Defendant Family Dollar, Inc.*

## PROOF OF SERVICE

      The undersigned certifies that a copy of the foregoing document was served upon the following attorneys of record by enclosing the same in an envelope addressed to such attorneys with postage fully prepaid and by depositing said envelope in a U.S. Post Office mail box in Chicago, Illinois on this 5th day of February, 2016:

D. Phillip Kesler
MacCloskeyKesler & Associates, LLP.
308 West State Street
Rockford, IL 61101
(Attorney for Plaintiff)

Adam Kreuzer
Esp Kreuzer Cores LLP
400 S. County Farm Rd. Suite 200
Wheaton, Illinois 60187
(Attorney for Defendant APEX FD, LLC)

By: /s/ *Edna L. McLain*