**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Jacqueline Anderson
                          Plaintiff,

v.                                               Case No.: 1:16–cv–01981
                                                 Honorable Philip G. Reinhard

Family Dollar, Inc., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 31, 2016:

      MINUTE entry before the Honorable Philip G. Reinhard: Defendant Apex FD, LLC (a domestic corporation) is terminated pursuant to plaintiff's notice of partial voluntary dismissal [9]. Count II directed to Apex FD, LLC, a domestic corporation, is dismissed from the amended complaint without prejudice. Mailed notice (ngm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.