IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JACQUELINE ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR, INC.,<br>a foreign corporation,<br><br>    Defendant.<br><br>FAMILY DOLLAR, INC.,<br>a foreign corporation,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>CHECKPOINT SYSTEMS, INC.,<br>a foreign corporation,<br><br>    Third-Party Defendant. | Case No. 1:-16-cv-01981<br><br>Honorable Iain D. Johnston |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to this action, by counsel, stipulate that this action is dismissed with prejudice by virtue of full and final settlement between the parties. Each party to bear their own fees and costs associated with this action.

MACCLOSKEY KESLER & ASSOCIATES

By:     s/ D. Phillip Kesler
             Attorneys for Plaintiff, JACQUELINE ANDERSON

HEPLERBROOM LLC

By: s/ Holly C. Whitlock
Attorneys for Defendant/Third-Party Plaintiff,
FAMILY DOLLAR, INC.

KRALOVEC & MARQUARD, CHARTERED

By: s/ Daniel J. Donnelly
Attorneys for Third-Party Defendant,
CHECKPOINT SYSTEMS, INC.

D. PHILLIP KESLER, 6283233
MACCLOSKEY KESLER & ASSOCIATES
308 WEST STATE STREET, SUITE 200
ROCKFORD, IL 61101
815-965-2000
815-965-4780 (fax)
phil@rockfordinjurylawyer.com